ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
RAJENDRANAUTH RAMJIT,

            Plaintiff,

                                     24 Civ. 8566 (LLS)

      - against -

                                     ORDER

LONG ISLAND RAILROAD COMPANY,

           Defendant.
- - - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
         March 14, 2025

                                      _____
                                        LOUIS L. STANTON
                                        U.S.D.J.